No. 573, Misc. POSTOM *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 585, Misc. HOLT *v.* CITY OF RICHMOND. Supreme Court of Appeals of Virginia. Certiorari denied. *Lawrence Speiser* and *Michael Gottesman* for petitioner. *J. E. Drinard* for respondent.

No. 603, Misc. MATYSEK *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Philip R. Monahan* for the United States.

No. 618, Misc. HOWARD *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied. Petitioner *pro se. H. Douglas Stine* and *Ralph DeVita* for respondent.

No. 624, Misc. STANDLEY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Jerome M. Feit* for the United States.

No. 625, Misc. ARMSTRONG *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 768, Misc. MASON *v.* NEW JERSEY. C. A. 3d Cir. Certiorari denied.